IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY T. ELLIS and ANGELA ELLIS,

Plaintiff,

v.

HANSEN & ADKINS AUTO TRANSPORT,
NISSAN NORTH AMERICA, INC., and
COTTRELL, INC.,

Defendant.                                                          No. 09-677-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is Plaintiffs' motion for extension of time to respond to Defendant Hansen & Adkins' motion to dismiss (Doc. 24). Specifically, Plaintiffs request an additional ten (10) days after the Court's ruling on Plaintiffs' Motion to Remand (Doc. 12) in which to file a response to Defendant Hansen & Adkins' motion to dismiss (Doc. 21). Plaintiffs argue that they are confident on the merits of their motion to remand and believe that filing a response to Defendant's motion would be an inefficient use of resources. Defendant Hansen & Adkins do not object to the extension. Based on the reasons in the motion, the Court **GRANTS** Plaintiffs' motion for extension of time (Doc. 24). Plaintiffs will have ten (10) days following the Court's

ruling on its motion to remand (Doc. 12) in which to file a response to Defendant Hansen & Adkins' motion to dismiss (Doc. 21).

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2009.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**