IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY T. ELLIS,**

**Plaintiff,**

**v.**

**HANSEN & ADKINS AUTO TRANSPORT, et al.,**

**Defendant.**                                           **No.09-677-DRH**

## ORDER

**HERNDON, Chief Judge:**

The Court, being fully advised in the premises, hereby finds that under the logic of ***Smith v. Check-n-Go*, 200 F.3d 511 (7th Cir. 1999)** and other cases, and given the similarities between this case and another, already before District Judge G. Patrick Murphy, this case should be reassigned to Judge Murphy. Accordingly, the Court **REASSIGNS** this case to District Judge Murphy for further proceedings. All further proceedings shall bear the case number 09-CV-677-GPM.

**IT IS SO ORDERED.**

Signed this 1st day of December, 2009.

/s/   *David R. Herndon*
**Chief Judge**
**United States District Court**